```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15595
    ERNEST L DARNELL JR
    KESHA L IVORY DARNELL                       CHAPTER 13

                                                JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-0988      SSN XXX-XX-4164

-------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/28/07 and confirmed on 10/31/07.

     2.  The case was dismissed after confirmation, 03/14/2008.

     3.  The Debtor paid a total of $   1700.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | SECURED | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 7038.63 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | 5514.80 | 34.32 | 739.26 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ALLIANCE ONE INC | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| JVDB & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SALLIE MAE SERVICING COR | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE SERVICING COR | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE SERVICING COR | UNSECURED | .00 | .00 | .00 |
| WESGLEN MASTER ASSOCIATI | SECURED | 1318.94 | .00 | 131.89 |

```
            Summary of disbursements:
-------------------------------------------------------------------------------
                 SECURED      PRIORITY     UNSECURED        OTHER        TOTAL
```

```
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      13872.37          .00          .00          .00     13872.37
PRINCIPAL PAID            871.15          .00          .00          .00       871.15
INTEREST PAID              34.32          .00          .00          .00        34.32
TOTAL PAID                905.47          .00          .00          .00       905.47
```
The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   3500.00
and was paid $    500.00   direct and $    718.03   through the plan.

The Trustee received $      76.50 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 06/24/08                      /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE